CHAD A. READLER
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
NICOLE N. MURLEY
Trial Attorney
District Court Section, Office of Immigration Litigation
U.S Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Phone: 202-616-0473
Fax: (202) 305-7000
Email: Nicole.Murley@usdoj.gov

*Attorneys for Federal Respondents*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| N.T.C., et al. | Case No. 3:18-Cv-1626-DMS-JLB |
| Petitioner-Plaintiff, | |
| vs. | NOTICE OF APPEARANCE |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al., | |
| Respondents-Defendants. | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel for the Federal Respondents-Defendants in the above-captioned case. I certify that I am authorized to practice under CivLR 83.3.c.3. I should receive all future Notices of Electronic Filings relating to activity in this case at the following e-mail address:

Nicole.Murley@usdoj.gov

This notice is purely for the purpose of obtaining Notices of Electronic Filings in this case and does not constitute a waiver of any defense or objection, including but not limited to personal jurisdiction, sufficient process, sufficient process of service and proper venue.

Please feel free to contact me should you have any questions regarding this notice.

///
///
///
///
///
///
///
///
///

DATED: August 7, 2018

Respectfully submitted,
CHAD A. READLER
Acting Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation

WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation

BY: /s/ *Nicole N. Murley*
NICOLE MURLEY, NY Bar 4484085
Trial Attorney
District Court Section
Office of Immigration Litigation
Civil Division, U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 616-0473
Fax: (202) 305-7000
Email: Nicole.Murley@usdoj.gov

*Attorneys for Defendants-Respondents*

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2018, I electronically filed the foregoing with the Clerk for the United States District Court for the Southern District of California by using the appellate CM/ECF system. A true and correct copy of this motion has been served via the Court's CM/ECF system on all counsel of record.

/s/ *Nicole N. Murley*
NICOLE N. MURLEY
U.S. Department of Justice