# EXHIBIT A

**From:** "Mestre, Lisette (HHS/OGC)" <Lisette.Mestre@hhs.gov>
**Date:** July 21, 2018 at 23:47:06 EDT
**To:** "Copeland, Gregory" <GCopeland@legal-aid.org>
**Cc:** "Haron, Judith (HHS/OGC)" <Judith.Haron@HHS.GOV>, "Bowman, Matthew (HHS/OGC)" <Matthew.Bowman@hhs.gov>, "Flentje, August (CIV)" <August.Flentje@usdoj.gov>, "Byars, Michael (USANYS)" <Michael.Byars@usdoj.gov>, "Waterman, Brandon (USANYS)" <Brandon.Waterman@usdoj.gov>, "Fabian, Sarah B (CIV) <Sarah.B.Fabian@usdoj.gov> (Sarah.B.Fabian@usdoj.gov)" <Sarah.B.Fabian@usdoj.gov>
**Subject: Fwd: NTC litigation - Notice to Legal Aid Attorneys of 70 minors in NY**

Hi Greg,

Please find attached the list that ORR received from DHS of children in the NTC class that are cleared for reunification with their parent. The spreadsheet indicates where the parent is located and where the reunification will take place.

I realize it is late on Saturday night, however we wanted to provide this information to you as soon as possible in order to comply with the 48 hour notice. The Federal Field Specialists are arranging for transportation of the children.

HHS is also instructed to provide the following information:

The information merely reflects the intent of ICE at the current time and based upon currently available information. All custody and removal determinations will be made at the time the minor and parent are detained in ICE custody. ICE is not bound by this initial information and provides such information merely to inform the Legal Aid Society pursuant to the injunction in the N.T.C. v. ICE, No. 18-6428 (S.D.N.Y. filed July 16, 2018).

Lisette

**Lisette Pedré Mestre**
*Attorney*
**Office of the General Counsel, Children Families & Aging**
**U.S. Department of Health & Human Services**
*300 Independence Ave., S.W.*
*Washington, DC 20201*
*Office No. 202.690.6580*
*lisette.mestre@hhs.gov*

**Notice:** This e-mail message (including attachments(s), if any) is intended only for the use of the individual or entity to whom it is addressed. It may contain information that is privileged, confidential or otherwise exempt from disclosure under applicable law. If you receive this communication in error, please notify the sender immediately by reply message and delete from your system all copies of this message. Thank you.

| NYC Relative 1 AFN | Family Name | Given Name | Gender | NYC Relative 1 AFN Facility Name | REUNIFICATION SITE | Final Order Yes No | Final Order Executable | Final Order Date | Matching Child First N | Matching Child Last N | Matching Child AFN | Want Child? | Criminality | Suspected Gang Yes No | Most Serious Conviction | Most Serious Pending Charge | comments | custody decision |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| xxx-xxx-147 | BC | CL | Female | SOUTH TEXAS ICE PROCESSING CENTER | South Texas Detention Complex, Pearsall, TX | NO | | | ES | RB | xxx-xxx-843 | | Convicted | NO | Traffic Offense | Traffic Offense | Reentry, convicted 1325, need to know if wants child | Reunify and Detain at FRC |
| xxx-xxx-952 | G | O | Female | PORT ISABEL | Port Isabel Detention Center, Los Fresnos, TX | NO | | | KM | G | xxx-xxx-953 | | Charged | NO | | Illegal Entry (INA SEC.101(a)(43)(O), 8USC1325 only | NTA served by USCIS | Release |
| | | | | | | | | | KD | G | xxx-xxx-954 | | | | | | | |
| | | | | | | | | | SG | G | xxx-xxx-955 | | | | | | | |
| | | | | | | | | | FE | OG | xxx-xxx-956 | | | | | | | |
| xxx-xxx-513 | PC | J | Male | REMOVED | REMOVED TO COC | YES | YES | 6/10/2018 | CJ | PS | xxx-xxx-512 | | Not Charged | NO | | | removed 6/19 prior to order | n/a |
| xxx-xxx-425 | ER | A | Female | OTERO COUNTY PRISON FACILITY | El Paso Service Processing Center, El Paso, TX | YES | YES | 6/12/2018 | MN | LE | xxx-xxx-426 | Yes | Charged | NO | | Illegal Entry (INA SEC.101(a)(43)(O), 8USC1325 only | Final Order Executable | Reunify and Detain at FRC |
| xxx-xxx-962 | GR | D | Male | EL PASO SERVICE PROCESSING CENTER | El Paso Service Processing Center, El Paso, TX | YES | YES | 5/16/2018 | JA | GH | xxx-xxx-960 | Yes | Not Charged | NO | | | Final Order Executable | Reunify and Detain at FRC |
| xxx-xxx-450 | GL | F | Male | REMOVED | REMOVED TO COC | YES | NO | 5/8/2018 | EZ | GA | xxx-xxx-451 | | Convicted | NO | Illegal Entry (INA SEC.101(a)(43)(O), 8USC1325 only | | removed 7/16 | n/a |
| | | | | | | | | | AE | GA | xxx-xxx-452 | | | | | | | |
| xxx-xxx-437 | MT | Y | Female | OTERO COUNTY PRISON FACILITY | El Paso Service Processing Center, El Paso, TX | YES | NO | 5/10/2018 | KC | AM | xxx-xxx-438 | Yes | Convicted | NO | Illegal Entry (INA SEC.101(a)(43)(O), 8USC1325 only | | Final Order, requested reunification | Reunify and Detain at FRC |
| xxx-xxx-970 | AGDG | S | Female | ELOY FEDERAL CONTRACT FACILITY | Phoenix Field Office. Florence, AZ | NO | | | JA | GA | xxx-xxx-020 | Yes | Not Charged | NO | | | | release |
| | | | | | | | | | AA | GA | xxx-xxx-971 | | | | | | | |
| xxx-xxx-203 | G | E | Male | EL PASO SERVICE PROCESSING CENTER | El Paso Service Processing Center, El Paso, TX | NO | | | H | GH | xxx-xxx-204 | Yes | Not Charged | NO | | | | |
| xxx-xxx-331 | T | C | Female | WEST TEXAS DETENTION FACILITY | El Paso Service Processing Center, El Paso, TX | NO | | | JG | T | xxx-xxx-332 | Yes | Charged | NO | | Illegal Entry (INA SEC.101(a)(43)(O), 8USC1325 only | | release |
| xxx-xxx-133 | DPP | R | Female | PORT ISABEL | Port Isabel Detention Center, Los Fresnos, TX | NO | | | EJ | VP | xxx-xxx-134 | | Not Charged | NO | | | | release |
| xxx-xxx-662 | LC | H | Male | EL PASO SERVICE PROCESSING CENTER | El Paso Service Processing Center, El Paso, TX | YES | YES | 5/14/2018 | HA | LP | xxx-xxx-663 | Yes | Not Charged | NO | | | Final Order Executable | Reunify and Detain at FRC |
| xxx-xxx-863 | FDL | H | Male | OTERO COUNTY PROCESSING CENTER | El Paso Service Processing Center, El Paso, TX | YES | YES | 5/21/2018 | P | FF | xxx-xxx-864 | | Not Charged | NO | | | final order | Reunify and Detain at FRC |
| xxx-xxx-038 | MS | L | Female | EL PASO SERVICE PROCESSING CENTER | El Paso Service Processing Center, El Paso, TX | NO | | | BM | HM | xxx-xxx-040 | No | Not Charged | NO | | | HHS record of declination of reunification | Doesn't want to reunify with children |
| | | | | | | | | | BD | HM | xxx-xxx-039 | | | | | | | |
| xxx-xxx-953 | TT | J | Male | PORT ISABEL | Port Isabel Detention Center, Los Fresnos, TX | NO | | | M | TF | xxx-xxx-948 | | Not Charged | NO | | | | release |
| xxx-xxx-316 | LP | M | Female | PORT ISABEL | Port Isabel Detention Center, Los Fresnos, TX | NO | | | JA | LL | xxx-xxx-318 | | Not Charged | NO | | | | release |
| | | | | | | | | | EC | LL | xxx-xxx-317 | | | | | | | |
| xxx-xxx-184 | MM | D | Male | WEST TEXAS DETENTION FACILITY | El Paso Service Processing Center, El Paso, TX | NO | | | B | MG | xxx-xxx-185 | Yes | Convicted | NO | Illegal Entry (INA SEC.101(a)(43)(O), 8USC1325 only | | | release |
| xxx-xxx-456 | JC | J | Male | REMOVED | REMOVED TO COC | NO | | | RM | JG | xxx-xxx-457 | | Not Charged | NO | | | parent removed prior to the Ms. L order | n/a |
| xxx-xxx-306 | SS | O | Male | PORT ISABEL | Port Isabel Detention Center, Los Fresnos, TX | NO | | | OJ | SM | xxx-xxx-307 | Yes | Not Charged | NO | | | | release |
| xxx-xxx-580 | RR | F | Female | SOUTH TEXAS ICE PROCESSING CENTER | South Texas Detention Complex, Pearsall, TX | YES | YES | 6/21/2018 | KA | AR | xxx-xxx-581 | Yes | Convicted | NO | Illegal Entry (INA SEC.101(a)(43)(O), 8USC1325 only | | Final Order Executable | Reunify and Detain at FRC |
| | | | | | | | | | EJ | AR | xxx-xxx-582 | | | | | | | |
| xxx-xxx-079 | VS | E | Male | ELOY FEDERAL CONTRACT FACILITY | Phoenix Field Office. Florence, AZ | NO | | | E | VP | xxx-xxx-480 | | Convicted | NO | Illegal Entry (INA SEC.101(a)(43)(O), 8USC1325 only | | | Reunify and Detain at FRC |
| xxx-xxx-484 | RM | R | Male | REMOVED | REMOVED TO COC | YES | YES | 6/14/2018 | RJ | RL | xxx-xxx-485 | | Not Charged | NO | | | removed 6/14 prior to order | release |
| xxx-xxx-092 | TS | J | Male | PORT ISABEL | Port Isabel Detention Center, Los Fresnos, TX | YES | YES | 5/15/2018 | MM | TS | xxx-xxx-093 | Yes | Not Charged | NO | | | Final Order Executable | Reunify and Detain at FRC |
| xxx-xxx-787 | CT | O | Male | ELIZABETH CONTRACT DETENTION FACILITY | ICE WILL NOT RELEASE. NOT CLEARED FOR REUNIFICATION. | NO | | | JL | CG | xxx-xxx-786 | | Convicted | NO | Illegal Entry (INA SEC.101(a)(43)(O), 8USC1325 only | | | DETAIN AT ADULT DETENTION. NO REUNIFICATION. FLAGGED CASE. |
| xxx-xxx-787 | CC | RA | | RELEASED | HOR: 319 W. Park Ave, Culpeper, VA 22701 | | | | EB | CC | xxx-xxx-788 | | | | | | | Reunify and Detain at FRC |
| xxx-xxx-787 | LB | M | Female | PORT ISABEL | Port Isabel Detention Center, Los Fresnos, TX | NO | | | AA | DL | xxx-xxx-788 | Yes | Not Charged | NO | | | | release |
| xxx-xxx-934 | MC | N | Male | EL PASO SERVICE PROCESSING CENTER | El Paso Service Processing Center, El Paso, TX | NO | | | DY | ML | xxx-xxx-935 | Yes | Not Charged | NO | | | | release |
| xxx-xxx-782 | AR | Y | Female | RELEASED | HOR: Catholic Charities, 400 N. Virgen De San Juan, San Juan, TX 78589. (956) 455-1484 or (956) | YES | YES | 7/10/2018 | BE | CA | xxx-xxx-783 | Yes | Not Charged | NO | | | Final Order Executable | Reunify and Detain at FRC |
| xxx-xxx-838 | MG | L | Male | PORT ISABEL | Port Isabel Detention Center, Los Fresnos, TX | NO | | | P | MV | xxx-xxx-839 | Yes | Not Charged | NO | | | | release |
| xxx-xxx-512 | AP | P | Female | SOUTH TEXAS ICE PROCESSING CENTER | South Texas Detention Complex, Pearsall, TX | NO | | | GN | MA | xxx-xxx-513 | Yes | Not Charged | NO | | | | Reunify and Detain at FRC |
| xxx-xxx-513 | HPDP | P | Female | PORT ISABEL | Port Isabel Detention Center, Los Fresnos, TX | NO | | | AE | LH | xxx-xxx-514 | Yes | Not Charged | NO | | | | release |
| xxx-xxx-324 | MG | M | Female | PORT ISABEL | Port Isabel Detention Center, Los Fresnos, TX | NO | | | LN | OR | xxx-xxx-326 | | Not Charged | NO | | | | release |
| xxx-xxx-137 | OV | NJ | Male | EL PASO COUNTY JAIL | El Paso Service Processing Center, El Paso, TX | YES | NO | 6/4/2018 | DN | OR | xxx-xxx-138 | | Not Charged | NO | | | in El Paso County jail - not ice custody | n/a |
| xxx-xxx-642 | PG | N | Male | ELOY FEDERAL CONTRACT FACILITY | Phoenix Field Office. Florence, AZ | YES | YES | 5/15/2018 | JL | PG | xxx-xxx-643 | Yes | Not Charged | NO | | | Final Order Executable | Reunify and Detain at FRC |
| xxx-xxx-116 | CR | J | Male | PORT ISABEL | Port Isabel Detention Center, Los Fresnos, TX | YES | NO | 5/21/2018 | JE | CM | xxx-xxx-737 | Yes | Convicted | NO | Illegal Entry (INA SEC.101(a)(43)(O), 8USC1325 only | | IJ affirms negative fear, removable | Reunify and Detain at FRC |
| xxx-xxx-798 | PD | K | Female | SOUTH TEXAS ICE PROCESSING CENTER | South Texas Detention Complex, Pearsall, TX | NO | | | AF | CP | xxx-xxx-799 | Yes | Convicted | NO | Illegal Entry (INA SEC.101(a)(43)(O), 8USC1325 only | | | release |
| xxx-xxx-782 | CA | Y | Female | PORT ISABEL | Port Isabel Detention Center, Los Fresnos, TX | NO | | | N | TC | xxx-xxx-783 | Yes | Convicted | NO | Illegal Entry (INA SEC.101(a)(43)(O), 8USC1325 only | | | release |
| xxx-xxx-497 | PE | C | Male | OTERO COUNTY PROCESSING CENTER | El Paso Service Processing Center, El Paso, TX | YES | YES | 5/18/2018 | DS | PT | xxx-xxx-827 | Yes | Not Charged | NO | | | Final Order Executable | Reunify and Detain at FRC |
| xxx-xxx-778 | CV | R | Male | NOT IN ICE CUSTODY | Not In ICE Custody- WASHELT-STATE PRISON, SHELTON | NO | | | M | CG | xxx-xxx-477 | | Convicted | NO | Assault | | adult not showing in ICE custody | n/a |
| | | | | | | | | | PR | CG | xxx-xxx-476 | | | | | | | |
| xxx-xxx-091 | VA | D | Female | PORT ISABEL | Port Isabel Detention Center, Los Fresnos, TX | NO | | | YG | VA | xxx-xxx-090 | Yes | Not Charged | NO | | | | release |
| xxx-xxx-222 | YL | V | Male | ELOY FEDERAL CONTRACT FACILITY | Phoenix Field Office. Florence, AZ | YES | YES | 6/5/2018 | KVA | YC | xxx-xxx-223 | | Not Charged | NO | | | | release |
| xxx-xxx-313 | PL | A | Female | ELOY FEDERAL CONTRACT FACILITY | Phoenix Field Office. Florence, AZ | NO | | | AC | CP | xxx-xxx-314 | Yes | Not Charged | NO | | | | |
| xxx-xxx-985 | PC | O | Male | ELOY FEDERAL CONTRACT FACILITY | Phoenix Field Office. Florence, AZ | YES | YES | 5/21/2018 | BZ | PC | xxx-xxx-986 | Yes | Not Charged | NO | | | Final Order Executable | |
| xxx-xxx-636 | AL | | Female | SOUTH TEXAS ICE PROCESSING CENTER | South Texas Detention Complex, Pearsall, TX | YES | YES | 6/19/2018 | KM | CA | xxx-xxx-637 | Yes | Not Charged | NO | | | | Reunify and Detain at FRC |
| xxx-xxx-678 | QG | S | Male | PORT ISABEL | Port Isabel Detention Center, Los Fresnos, TX | YES | NO | 6/5/2018 | IM | QS | xxx-xxx-416 | Yes | Convicted | NO | Illegal Entry (INA SEC.101(a)(43)(O), 8USC1325 only | | IJ affirms negative fear, removable | Reunify and Detain at FRC |
| xxx-xxx-076 | SL | M | Male | PORT ISABEL | Port Isabel Detention Center, Los Fresnos, TX | YES | YES | 6/5/2018 | JJ | ST | xxx-xxx-077 | Yes | Not Charged | NO | | | Final Order Executable | Reunify and Detain at FRC |
| xxx-xxx-891 | MP | J | Male | EL PASO SERVICE PROCESSING CENTER | El Paso Service Processing Center, El Paso, TX | NO | | | CE | MG | xxx-xxx-892 | Yes | Not Charged | NO | | | | release |
| xxx-xxx-122 | PM | | Male | NOT IN ICE CUSTODY | Not In ICE Custody- US MARSHALS, W. | NO | | | AJ | PC | xxx-xxx-672 | | Convicted | NO | Illegal Entry (INA SEC.101(a)(43)(O), 8USC1325 only | | USM custody | n/a |
| xxx-xxx-191 | SG | A | Male | PORT ISABEL | Port Isabel Detention Center, Los Fresnos, TX | NO | | | RM | SC | xxx-xxx-374 | | Not Charged | NO | | | | Reunify and Detain at FRC |
| xxx-xxx-784 | MC | R | Male | PORT ISABEL | Port Isabel Detention Center, Los Fresnos, TX | NO | | | H | MC | xxx-xxx-785 | | Not Charged | NO | | | | release |
| xxx-xxx-999 | DM | R | Male | EL PASO SERVICE PROCESSING CENTER | El Paso Service Processing Center, El Paso, TX | YES | YES | 6/8/2018 | J | DA | xxx-xxx-998 | Yes | Convicted | NO | Illegal Entry (INA SEC.101(a)(43)(O), 8USC1325 only | | Final Order Executable | Reunify and Detain at FRC |
| xxx-xxx-014 | IS | A | Male | PORT ISABEL | Port Isabel Detention Center, Los Fresnos, TX | NO | | | AD | IT | xxx-xxx-990 | | Not Charged | NO | | | | release |