CHAD A. READLER
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel
NICOLE N. MURLEY
Trial Attorney
District Court Section, Office of Immigration Litigation
U.S Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 616-0473
Fax: (202) 305-7000
Email: Nicole.Murley@usdoj.gov

ADAM L. BRAVERMAN
United States Attorney
SAMUEL W. BETTWY
Assistant U.S. Attorney
California Bar No. 94918
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
619-546-7125
619-546-7751 (fax)

*Attorneys for Federal Respondents*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| N.T.C., et al. | Case No. 3:18-Cv-1626-DMS-JLB |
| Petitioner-Plaintiff, | |
| vs. | **Joint Status Report** |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al., | |
| Respondents-Defendants. | |

The Court ordered the parties to file a joint status report on August 30, 2018, in anticipation of the telephonic status conference scheduled for August 31, 2018, at 1:00 p.m. PST. The parties submit this joint status report in accordance with the Court's instruction.

**Defendants' Position:**

Together with the named plaintiffs in *N.T.C., et al. v. ICE, et al.*, 3:18, cv-01626 (S.D. Cal.); *R.G.H., et al. v. Sessions, et al.*, 3:18-cv-1769 (S.D. Cal); and *E.S.R.B. v. Sessions, et al.*, 3:18-cv-1699 (S.D. Cal.), there are a total of 99 individual minors about whom Plaintiffs' counsel have requested information in *N.T.C.*[1]

The data presented below reflects approximate numbers maintained by ORR as of at least August 27, 2018. These numbers are dynamic and continue to change as the reunification process moves forward.

- Total number of unique individual children identified: 99

- Children appropriately discharged: 54 of 99 children
    - 38 of 54 children discharged have been reunified with the separated parent

---

[1] Plaintiffs' spreadsheet has a total of 102 individuals listed; however, it appears to contain a few duplicates.

- Children presently in ORR care: 41 of 99 children
    - 27 of 41 children have parents presently outside the U.S
    - 3 of 41 children have parents in federal, state or local custody
    - 6 of 41 children have red flags for background checks
    - 3 of 41 children have been determined to be children of adults who are not *Ms. L* class members because they were not separated by the U.S. Department of Homeland Security at the border

- Children who Defendants have not been able to identify as children of adults who are *Ms. L* class members: 4 of 99 children.

**Plaintiffs' Position:**

Plaintiffs' counsel is continuing to try to resolve multiple discrepancies in the numbers between our data and that provided by the Defendants. Plaintiffs' counsel's records indicate that:

- 53 children remain in ORR custody. Of those 53 children:
    o One child seeks to be reunified with a parent, but that parent has been "red flagged" by the government;
    o 35 children seek to be released from ORR custody to a sponsor who is not the parent from whom they were separated. The children's information has been shared with the *Ms. L* Steering Committee to ascertain their parents' wishes.;
    o 17 children seek to be repatriated to their respective home countries for reunification with their parents. All necessary releases have been obtained from *MMM* counsel.

DATED: August 30, 2018               Respectfully submitted,

                                     */s/ Nicole N. Murley*
                                     NICOLE N. MURLEY
                                     Trial Attorney
                                     Office of Immigration Litigation
                                     Civil Division

3

U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 532-4824
(202) 616-8962 (facsimile)
Nicole.Murley@usdoj.gov

ADAM L. BRAVERMAN
United States Attorney
SAMUEL W. BETTWY
Assistant U.S. Attorney

*Attorneys for Respondents-Defendants*


Jennifer Levy (*admitted pro hac vice*)
JLevy@legal-aid.org
Gregory Copeland (*admitted pro hac vice*)
GCopeland@legal-aid.org
Elizabeth Rieser-Murphy (*admitted pro hac vice*)
ERieser-Murphy@legal-aid.org
THE LEGAL AID SOCIETY
199 Water St.
New York, N.Y. 10038
Telephone:   (844) 955-3425
Facsimile:   (212) 509-8914

Harrison J. Frahn (State Bar No. 206822)
hfrahn@stblaw.com
SIMPSON THACHER & BARTLETT LLP
2475 Hanover Street
Palo Alto, California 94304
Telephone:   (650) 251-5000
Facsimile:   (650) 251-5002

*Attorneys for Plaintiffs*