JOSEPH H. HUNT
Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel
NICOLE N. MURLEY
Trial Attorney
District Court Section, Office of Immigration Litigation
U.S Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 616-0473
Fax: (202) 305-7000
Email: Nicole.Murley@usdoj.gov

ADAM L. BRAVERMAN
United States Attorney
SAMUEL W. BETTWY
Assistant U.S. Attorney
California Bar No. 94918
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
619-546-7125
619-546-7751 (fax)

*Attorneys for Federal Respondents*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| N.T.C., et al.<br><br>        Petitioner-Plaintiff,<br><br>  vs.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>        Respondents-Defendants. | Case No. 3:18-Cv-1626-DMS-JLB<br><br>**Joint Status Report** |

The Court ordered the parties to file a joint status report on September 6, 2018, in anticipation of the telephonic status conference scheduled for September 7, 2018, at 1:00 p.m. PST. The parties submit this joint status report in accordance with the Court's instruction.

**Defendants' Position:**

Together with the named plaintiffs in *N.T.C., et al. v. ICE, et al.*, 3:18, cv-01626 (S.D. Cal.); *R.G.H., et al. v. Sessions, et al.*, 3:18-cv-1769 (S.D. Cal); and *E.S.R.B. v. Sessions, et al.*, 3:18-cv-1699 (S.D. Cal.), there are a total of 100 individual minors about whom Plaintiffs' counsel have requested information in *N.T.C.*[1]

The data presented below reflects approximate numbers maintained by ORR as of at least September 4, 2018. These numbers are dynamic and continue to change as the reunification process moves forward.

- Total number of unique individual children identified: 100

---

[1] Plaintiffs' spreadsheet has a total of 102 individuals listed, but the spreadsheet contains some duplicates. Defendants reported in last week's Joint Status Report that this list identified 99 unique individual children. After last week's Status Conference, however, Defendants identified a clerical error and determined that Plaintiffs' spreadsheet references 100 unique individual children.

2

- Children appropriately discharged: 57 of 100 children
    - 40 of 57 children discharged have been reunified with the separated parent
- Children presently in ORR care: 39 of 100 children
    - 29 of 39 children have parents presently outside the U.S.
    - 1 of 39 children have parents in federal, state, or local custody
    - 4 of 39 children have red flags for background checks
    - 4 of 41 children have been determined to be children of adults who are not *Ms. L* class members because they were not separated by the U.S. Department of Homeland Security at the border
- Children who Defendants have not been able to identify as children of adults who are *Ms. L* class members: 4 of 100 children.

**Plaintiffs' Position:**

According to the last report from the government, checked against Plaintiffs' records, the following children remain in ORR custody:

Three children who are seeking reunification with *Ms. L* class members. While one parent has been "red flagged" by the government, plaintiffs have not been told why the other two have not been reunified.

Three children are seeking reunification with parents from whom they were not separated. One parent has been "red flagged" but it is not clear which parent or what impediment exists to reunification for the other two children.

Twenty-six children are in ORR custody awaiting release to a sponsor (based on release information provided by the government).

Twelve children remain in ORR custody and are seeking repatriation (based on release information provided by the government).

//
//

| | | |
|---|---|---|
| 1 | DATED: September 6, 2018 | Respectfully submitted, |
| 2 | | |
| 3 | | */s/ Nicole N. Murley*<br>NICOLE N. MURLEY |
| 4 | | Trial Attorney |
| 5 | | Office of Immigration Litigation<br>Civil Division |
| 6 | | U.S. Department of Justice |
| 7 | | P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044 |
| 8 | | (202) 532-4824 |
| 9 | | (202) 616-8962 (facsimile)<br>Nicole.Murley@usdoj.gov |
| 10 | | |
| 11 | | ADAM L. BRAVERMAN<br>United States Attorney |
| 12 | | SAMUEL W. BETTWY |
| 13 | | Assistant U.S. Attorney |
| 14 | | *Attorneys for Respondents-Defendants* |
| 15 | | |
| 16 | | |
| 17 | | Jennifer Levy (*admitted pro hac vice*)<br>JLevy@legal-aid.org |
| 18 | | Gregory Copeland (*admitted pro hac vice*)<br>GCopeland@legal-aid.org |
| 19 | | Elizabeth Rieser-Murphy (*admitted pro hac vice*)<br>ERieser-Murphy@legal-aid.org |
| 20 | | THE LEGAL AID SOCIETY<br>199 Water St. |
| 21 | | New York, N.Y. 10038<br>Telephone:   (844) 955-3425 |
| 22 | | Facsimile:     (212) 509-8914 |
| 23 | | Harrison J. Frahn (State Bar No. 206822)<br>hfrahn@stblaw.com |
| 24 | | SIMPSON THACHER & BARTLETT LLP<br>2475 Hanover Street |
| 25 | | Palo Alto, California 94304<br>Telephone:   (650) 251-5000 |
| 26 | | Facsimile:     (650) 251-5002 |
| 27 | | *Attorneys for Plaintiffs* |
| 28 | | |

4