JOSEPH H. HUNT
Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel
NICOLE N. MURLEY
Trial Attorney
District Court Section, Office of Immigration Litigation
U.S Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 616-0473
Fax: (202) 305-7000
Email: Nicole.Murley@usdoj.gov

ADAM L. BRAVERMAN
United States Attorney
SAMUEL W. BETTWY
Assistant U.S. Attorney
California Bar No. 94918
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
619-546-7125
619-546-7751 (fax)

*Attorneys for Federal Respondents*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| N.T.C., et al.<br><br>    Petitioner-Plaintiff,<br><br>vs.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>    Respondents-Defendants. | Case No. 3:18-Cv-1626-DMS-JLB<br><br>**Joint Status Report** |

The Court ordered the parties to file a joint status report on September 27, 2018. The parties submit this joint status report in accordance with the Court's instruction.

**Defendants' Position:**

At the September 21, 2018 status conference, the Court asked Defendants to provide updated information to Plaintiffs' counsel on 6 children whose parents were identified as potential class members in *Ms. L.* and who are separately represented in three lawsuits. *See N.T.C. v. ICE*, No. 18-01626 (S.D. Cal.); *R.G.H. v. Sessions*, No. 18-1769 (S.D. Cal); *E.S.R.B. v. Sessions*, No. 18-1699 (S.D. Cal.).[1] During the status conference, counsel for the *R.G.H.* plaintiffs asked this Court to intervene and expedite the release of 2 of these

---

[1] These three cases were initially brought in the Southern District of New York. *N.T.C. v. U.S. Immigration and Customs Enforcement*, No. 18-6428 (S.D.N.Y), filed July 16, 2018; *E.S.R.B. v. Sessions*, No. 18-6654 (S.D.N.Y.), filed July 24, 2018; *R.G.H. v. Sessions*, No. 18-6791 (S.D.N.Y.), filed July 27, 2018. These cases were transferred to this District to be heard by this Court as cases related to *Ms. L.*

minors: W.O.S.L. (A# ###-##7-720) and N.O.O.Y. (A# ###-##7-709). The separated parent of each of these minors has waived reunification and, accordingly, is no longer a class member in *Ms. L*. These minors are proceeding through the standard, TVPRA-governed ORR process. Nevertheless, the Court asked Defendants to inquire about the possibility of expediting these cases. Defendants provide the following information:

- **W.O.S.L. (A# ###-##7-720):** Defendants expect to have final fingerprint results related to W.O.S.L.'s release this week and to move the TVPRA process forward in an expedited manner thereafter.

- **N.O.O.Y. (A# ###-##7-709):** Defendants have approved N.O.O.Y.'s release to sponsor and expect release to occur this week.

In addition, counsel for *N.T.C.* and *E.S.R.B.* plaintiffs, asked Defendants to provide updated information about 4 minors. Defendants provide the following information:

- **J.Y.J.M. (A# ###-##8-570):** Defendants have made a final determination that this minor cannot be reunified with his separated parent because the parent is unfit or presents a danger to the child, so the parent is no longer a class member in *Ms. L*. Defendants are willing to meet and confer with NYLA to determine appropriate options for J.Y.J.M.

- **L.A.A.O (A# ###-##1-327):** This minor's separated parent has indicated an intent not to reunify, and the minor is seeking sponsorship placement under the TVPRA. Defendants expect L.A.A.O. to be discharged to her sponsor as early as Friday, September 28, 2018.

- **M.A.P.S. (A# ###-##1-157) and B.Y.P.S. (A# ###-##1-156):** These minors are siblings. Defendants have made a final determination that they cannot be reunified with their separated parent because the parent is unfit or presents a danger to the children, so the parent is no longer a class member in *Ms. L*. Defendants expect M.A.P.S. and B.Y.P.S. to be discharged to their sponsor as early as Friday, September 28, 2018.

In addition, Defendants provide the following updated information about the 100 individual minors about whom Plaintiffs' counsel have requested information in *N.T.C.* Defendants have not been able to identify 4 of the 100 individual minors as children of adults who could be *Ms. L.* class members. The data below on the remaining 96 of 100 minors reflects approximate numbers maintained by ORR as of at least September 24, 2018. These numbers are dynamic and continue to change as the reunification process moves forward.

| **Description** | **Phase 1 (Under 5)** | **Phase 2 (5 and above)** | **Total** |
|---|---|---|---|
| Total number of possible children of potential Ms. L class members in NTC | 2 | 94 | 96 |
| **Discharged Children** | | | |
| Total children discharged from ORR care: | 2 | 71 | 73 |
| • Children discharged by being reunified with separated parent | 1 | 52 | 53 |
| • Children discharged under other appropriate circumstances (these include discharges to other sponsors [such as situations where the child's separated parent is not eligible for reunification] or children that turned 18) | 1 | 19 | 20 |
| **Children in ORR Care, Parent in Class** | | | |
| Children in care where the parent is not eligible for reunification <u>or</u> is not available for discharge at this time: | 0 | 5 | 5 |
| • Parent presently outside the U.S. | 0 | 4 | 4 |
| • Parent presently inside the U.S. | 0 | 1 | 1 |
| **Children in ORR Care, Parent out of Class** | | | |
| Children in care where further review shows they were not separated from parents by DHS | 1 | 3 | 4 |

4

| | | | |
|---|---|---|---|
| Children in care where a final determination has been made they cannot be reunified because the parent is unfit or presents a danger to the child | 0 | 5 | 5 |
| Children in care with parent presently departed from the United States whose intent not to reunify has been confirmed by the ACLU | 1 | 6 | 7 |
| Children in care with parent in the United States who has indicated an intent not to reunify | 0 | 2 | 2 |

**Plaintiffs' Position:**

As of the time of writing, Plaintiffs' information indicates that:

One child is seeking reunification with a Ms. L class member. The government has informed Plaintiffs that the class member is barred from reunification because of a felony DUI. Plaintiffs dispute that a DUI is adequate grounds to oppose reunification.

Twenty-four children are in ORR custody awaiting release to a sponsor. Two of those are children who were the subject of RGH et al. v. Session et al. RGH Counsel has conferred with Defendants concerning the status of the remaining two children who are waiting to be released to sponsors: W.O.S.L. (A# ###-##7-720) and N.O.O.Y. (A# ###-##7-709). Defendants have informed RGH counsel that ORR conveyed to the field operators that the processing of both of these cases needed to be expedited. Defendants have also informed RGH counsel that N.O.O.Y.'s sponsor has been approved and release will happen imminently and that in W.O.S.L.'s case, ORR is waiting for the fingerprint results to be returned, which is expected imminently. Three children are seeking reunification with

1  parents from whom they were not separated. One parent has been "red flagged" but it is not

2  clear which parent or what impediment exists to reunification for the other two children.

3       Twelve children remain in ORR custody who are seeking repatriation.

4

5  DATED: September 27, 2018       Respectfully submitted,

6

7             */s/ Nicole N. Murley*
           NICOLE N. MURLEY
           Trial Attorney
8            Office of Immigration Litigation
           Civil Division
9            U.S. Department of Justice
           P.O. Box 868, Ben Franklin Station
10           Washington, DC 20044
           (202) 532-4824
11           (202) 616-8962 (facsimile)
           Nicole.Murley@usdoj.gov
12

13           ADAM L. BRAVERMAN
           United States Attorney
           SAMUEL W. BETTWY
14           Assistant U.S. Attorney

15           *Attorneys for Respondents-Defendants*

16

17           Jennifer Levy (*admitted pro hac vice*)
           JLevy@legal-aid.org
           Gregory Copeland (*admitted pro hac vice*)
18           GCopeland@legal-aid.org
           Elizabeth Rieser-Murphy (*admitted pro hac vice*)
19           ERieser-Murphy@legal-aid.org
           THE LEGAL AID SOCIETY
           199 Water St.
20           New York, N.Y. 10038
           Telephone: (844) 955-3425
           Facsimile: (212) 509-8914
21

           Harrison J. Frahn (State Bar No. 206822)

1
2
3
        hfrahn@stblaw.com
        SIMPSON THACHER & BARTLETT LLP
        2475 Hanover Street
        Palo Alto, California 94304
        Telephone: (650) 251-5000
        Facsimile: (650) 251-5002

*Attorneys for Plaintiffs*

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21