JOSEPH H. HUNT
Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel
NICOLE N. MURLEY
Trial Attorney
District Court Section, Office of Immigration Litigation
U.S Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 616-0473
Fax: (202) 305-7000
Email: Nicole.Murley@usdoj.gov

ADAM L. BRAVERMAN
United States Attorney
SAMUEL W. BETTWY
Assistant U.S. Attorney
California Bar No. 94918
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
619-546-7125
619-546-7751 (fax)

*Attorneys for Federal Respondents*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| N.T.C., et al. | Case No. 3:18-Cv-1626-DMS-JLB |
| Petitioner-Plaintiff, | |
| vs. | **Joint Status Report** |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al., | |
| Respondents-Defendants. | |

The Court ordered the parties to file a joint status report on November 29, 2018, in anticipation of the status conference scheduled at 1:00pm PST on November 30, 2018. The parties submit this joint status report in accordance with the Court's instruction.

**Defendants' Position:**

Defendants provide the following updated information about the 100 individual minors about whom Plaintiffs' counsel have requested information in *N.T.C*. Defendants have not been able to identify 3 of the 100 individual minors as children of adults who could be *Ms. L.* class members. The data below on the remaining 97 of 100 minors reflects approximate numbers maintained by ORR as of at least November 27, 2018. These numbers are dynamic and continue to change as the reunification process moves forward.

| Description | Phase 1 (Under 5) | Phase 2 (5 and above) | Total |
|---|---|---|---|
| Total number of possible children of potential Ms. L class members in NTC | 4 | 93 | 97 |
| **Discharged Children** | | | |
| Total children discharged from ORR care: | 3 | 85 | 88 |
| • Children discharged by being reunified with separated parent | 2 | 59 | 61 |
| • Children discharged under other appropriate circumstances (these include discharges to other sponsors [such as situations where the child's separated parent is not eligible for reunification] or children that turned 18) | 0 | 27 | 27 |
| **Children in ORR Care, Parent in Class** | | | |
| Children in care where the parent is not eligible for reunification <u>or</u> is not available for discharge at this time: | 0 | 0 | 0 |
| • Parent presently outside the U.S. | 0 | 0 | 0 |
| • Parent presently inside the U.S. | 0 | 0 | 0 |
| **Children in ORR Care, Parent out of Class** | | | |
| Children in care where further review shows they were not separated from parents by DHS | 1 | 2 | 3 |
| Children in care where a final determination has been made they cannot be reunified because the parent is unfit or presents a danger to the child | 0 | 2 | 2 |
| Children in care with parent presently departed from the United States whose intent not to reunify has been confirmed by the ACLU | 0 | 4 | 4 |
| Children in care with parent in the United States who has indicated an intent not to reunify | 0 | 0 | 0 |

3

| | |
|---|---|
| DATED: November 29, 2018 | Respectfully submitted, |
| | */s/ Nicole N. Murley* |
| | NICOLE N. MURLEY |
| | Trial Attorney |
| | Office of Immigration Litigation |
| | Civil Division |
| | U.S. Department of Justice |
| | P.O. Box 868, Ben Franklin Station |
| | Washington, DC 20044 |
| | (202) 532-4824 |
| | (202) 616-8962 (facsimile) |
| | Nicole.Murley@usdoj.gov |
| | |
| | ADAM L. BRAVERMAN |
| | United States Attorney |
| | SAMUEL W. BETTWY |
| | Assistant U.S. Attorney |
| | |
| | *Attorneys for Respondents-Defendants* |
| | |
| | Jennifer Levy (*admitted pro hac vice*) |
| | JLevy@legal-aid.org |
| | Gregory Copeland (*admitted pro hac vice*) |
| | GCopeland@legal-aid.org |
| | Elizabeth Rieser-Murphy (*admitted pro hac vice*) |
| | ERieser-Murphy@legal-aid.org |
| | THE LEGAL AID SOCIETY |
| | 199 Water St. |
| | New York, N.Y. 10038 |
| | Telephone:   (844) 955-3425 |
| | Facsimile:   (212) 509-8914 |
| | |
| | Harrison J. Frahn (State Bar No. 206822) |
| | hfrahn@stblaw.com |
| | SIMPSON THACHER & BARTLETT LLP |
| | 2475 Hanover Street |
| | Palo Alto, California 94304 |
| | Telephone:   (650) 251-5000 |
| | Facsimile:   (650) 251-5002 |
| | |
| | *Attorneys for Plaintiffs* |